UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH COOPER,<br><br>             Plaintiff,<br><br>      v.<br><br>LAS VEGAS METRO POLICE DEPARTMENT,<br><br>             Defendant. | Case No. 2:19-cv-02231-KJD-VCF<br><br>**ORDER ADOPTING AND AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Before the Court for consideration is the Report and Recommendation (#9) containing the findings and recommendations of Magistrate Judge Cam Ferenbach entered July 8, 2020, recommending that Plaintiff's Amended Complaint (#8) be dismissed without prejudice. Plaintiff did not object.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2.  The Court determines that the Report and Recommendation (#9) containing the findings and recommendations of Magistrate Judge Cam Ferenbach entered July 8, 2020, should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#9) is **ADOPTED** and **AFFIRMED**.

Dated this 29th day of January, 2021.

_____
Kent J. Dawson
United States District Judge